IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LAWRENCE MILLS                    *

      Plaintiff              *

   vs.                            * CIVIL ACTION NO. MJG-18-562

ANTHONY HASSAN, et al.            *

      Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment [ECF No. 11] to which no timely opposition has been filed.

The motion appears meritorious and is unopposed.

Under these circumstances:

1. The Motion to Dismiss Complaint or, in the Alternative, Motion for Summary Judgment [ECF No. 11] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, this Monday, June 11, 2018.

                                                        /s/
                                        Marvin J. Garbis
                                  United States District Judge