IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAWRENCE MILLS | * | |
|    Plaintiff | * | |
| v. | * | Civil Action No. 18-MJG-0562 |
| ANTHONY HASSAN, et al | * | |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO STRIKE ATTORNEY'S APPEARANCE**

Now comes Lawrence S. Greenberg, Esq. and the Greenberg Law Office, and moves to withdraw their appearance of the Plaintiff, Lawrence Mills, pursuant to U. S. Dist. Ct. Rules Md. Civ Rule 3-132 and MD Rule 2-132, and states as follows:

1. On October 26, 2018, the undersigned received an email from Lawrence Mills stating "I will need to proceed on this case in proper person so you can withdraw your appearance, thanks." See Exhibit 1.

2. That the undersigned spoke with Mr. Mills and he confirmed that he intends on proceeding pro-se and is aware of the current deadline to file his response to the Defendants' Motion to Dismiss and for Summary Judgment and provided him with his entire file. See Exhibit 2, Certification of Lawrence S. Greenberg, Esq.

3. That Plaintiff's decision to proceed without counsel, and the undersigned Motion to Withdraw will not cause undue delay or prejudice, and Mr. Mills is not seeking a postponement of any current deadlines.

Wherefore, the undersigned respectfully requests this Court to strike the appearance of Lawrence S. Greenberg and the Greenberg Law Office from this case.

GREENBERG LAW OFFICE

_____/s/_____
LAWRENCE S. GREENBERG
6 E. Biddle Street
Baltimore, MD  21202
Federal Bar #23642
410-539-5250
410-625-7891 (fax)
larry@greenberglawyers.com
Attorney for the Plaintiff

    I HEREBY CERTIFY on this 26th day of October, 2018, that a copy of the foregoing was mailed to Lawrence Mills, 705 Winhall Way, Silver Spring, MD  20904 and Brian E. Frosh Esq., and Philip M. Pickus, Esq., 1201 Reisterstown Road, Pikesville, MD  21208, attorneys for the Defendants.

_____/s/_____
LAWRENCE S. GREENBERG