FILED: October 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1019 (L)
(1:18-cv-00562-GLR)
_____

LAWRENCE MILLS

  Plaintiff - Appellant

v.

STATE OF MARYLAND; MARYLAND STATE POLICE; OFFICER ANTHONY HASSAN, In both his official and individual capacity as an officer of the Maryland State Police; OFFICER JAMES LANTZ, In both his official and individual capacity as an officer of the Maryland State Police; OFFICER MATTHEW DULL, In both his official and individual capacity as an officer of the Maryland State Police

  Defendants - Appellees

_____

No. 20-1021
(1:18-cv-00562-GLR)
_____

LAWRENCE MILLS

  Plaintiff - Appellant

v.

STATE OF MARYLAND; MARYLAND STATE POLICE; OFFICER ANTHONY HASSAN, In both his official and individual capacity as an officer of

the Maryland State Police; OFFICER JAMES LANTZ, In both his official and individual capacity as an officer of the Maryland State Police; OFFICER MATTHEW DULL, In both his official and individual capacity as an officer of the Maryland State Police

   Defendants - Appellees

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

  Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

                 */s/Patricia S. Connor, Clerk*